1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE ROBERTO ZAIZA,                          No.  1:19-cv-01476-DAD-GSA (PC)

12                          Plaintiff,

13           v.                                     ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS  AND DISMISSING
14    CLARK, et al.,                                CERTAIN CLAIMS AND DEFENDANTS

15                          Defendants.             (Doc. No. 13)

16

17

18           Plaintiff Jose Roberto Zaiza is a state prisoner proceeding *pro se* and *in forma pauperis*

19    with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a

20    United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21           On February 18, 2021, the assigned magistrate judge issued findings and

22    recommendations, recommending that this action proceed only against defendants Ken Clark

23    (Warden), Captain J. Gallager, and D. Baughman (CDCR Acting Associate Director) for

24    violating plaintiff's Eighth Amendment rights in connection with his conditions of confinement,

25    and that all other claims and defendants be dismissed from this action based on plaintiff's failure

26    to state a claim.  (Doc. No. 13.)  The findings and recommendations were served on plaintiff and

27    contained notice that any objections thereto were to be filed within fourteen (14) days after

28    service.  (*Id.* at 26.)  The fourteen day time period has expired, and plaintiff has not filed

                                                    1

objections.  However, on March 16, 2021, plaintiff filed a letter informing the court that he wishes to proceed with the cognizable claims found in the pending findings and recommendations.  (Doc. No. 14.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on February 18, 2021 (Doc. No. 13) are adopted in full;

2.  Plaintiff's motion for appointment of counsel is denied, without prejudice to renewal of the motion at a later stage of the proceedings;

3.  This action shall proceed with plaintiff's cognizable claims against defendants Ken Clark (Warden), Captain J. Gallager, and D. Baughman (CDCR Acting Associate Director), for adverse conditions of confinement in violation of the Eighth Amendment;

4.  All other claims and defendants are dismissed from the action; and

5.  This case is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **April 19, 2021**

UNITED STATES DISTRICT JUDGE

2