UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CLARK, et al.,<br><br>          Defendants. | 1:19-cv-01476-DAD-GSA-PC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME NUNC PRO TUNC**<br><br>**(ECF No. 20.)**<br><br>**ORDER DEEMING DEFENDANTS' RESPONSE TO THE FIRST AMENDED COMPLAINT TIMELY FILED**<br><br>**(ECF No. 21.)** |

Jose Roberto Zaiza ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 17, 2019.  (ECF No. 1.)  This case now proceeds with the First Amended Complaint filed on February 18, 2021, against defendants Ken Clark (Warden), Captain J. Gallagher, and D. Baughman (CDCR Acting Associate Director) (collectively, "Defendants") for subjecting Plaintiff to adverse conditions of confinement in violation of the Eighth Amendment.  (ECF No. 13.)

On July 12, 2021, Defendants filed a request for extension of time to respond to the First Amended Complaint.  (ECF No. 20.)  On September 10, 2021, Defendants filed a motion to dismiss the First Amended Complaint.  (ECF No. 21.)

1

Given that Defendants filed their response to the First Amended Complaint on September 10, 2021, and good cause appearing, IT IS HEREBY ORDERED that Defendants' request for extension of time is GRANTED *nunc pro tunc*.

IT IS SO ORDERED.

   Dated:   **September 13, 2021**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE