UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK, et al.,<br><br>  Defendants. | No. 1:19-cv-01476-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS IN PART<br><br>(Doc. No. 21, 26) |

Plaintiff Jose Roberto Zaiza is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On December 9, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion to dismiss be granted in part and denied in part. (Doc. No. 26.) The magistrate judge found that plaintiff had failed to exhaust his administrative remedies prior to filing suit as to his claims brought against defendant Baughman (*Id.* at 23.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.*) To date, no objections have been filed with the court, and the time to do so has since passed.

1

1      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 9, 2021 (Doc. No. 26) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 21) plaintiff's First Amended Complaint is granted in part and denied in part as follows:
   a. Plaintiff's claims against defendant Baughman are dismissed without prejudice due to plaintiff's failure to exhaust his administrative remedies prior to filing suit;
   b. Defendants' motion to dismiss plaintiff's claims brought against defendants Clark and Gallagher on the basis of plaintiff's alleged failure to exhaust administrative remedies is denied;
   c. Defendants' request to dismiss plaintiff's request for punitive damages under Rule 12(b)(6) is denied; and
   d. Defendants' motion to dismiss on qualified immunity grounds is denied;
3. Defendant Baughman is dismissed from this action without prejudice;
4. This case now proceeds against defendants Clark and Gallagher on plaintiff's claim asserting that he received insufficient access to out-of-cell exercise in violation of the Eighth Amendment;
5. Defendants Clark and Gallagher are required to file a responsive pleading to plaintiff's First Amended Complaint within thirty days of the date of service of this order;

/////
/////
/////
/////

2

     6.     The Clerk of the Court is directed to reflect the dismissal of defendant Baughman from this case on the court's docket; and

     7.     This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 27, 2022**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE