UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CLARK, et al.,<br><br>          Defendants. | 1:19-cv-01476-DAD-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME**<br><br>**(ECF No. 35.)**<br><br>**FOURTEEN-DAY DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(ECF No. 32.)** |

    Jose Roberto Zaiza ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On April 11, 2022, Defendants filed a request for extension of time to respond to Plaintiff's motion for temporary restraining order filed on March 21, 2022. (ECF No. 35.)

    The Court finds good cause to grant Defendants' request. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' request for extension of time, filed on April 11, 2022, is GRANTED; and
2. Defendants' response to Plaintiff's motion for temporary restraining order, filed on March 21, 2022, is due within fourteen days of the date of service of this order.

IT IS SO ORDERED.

    Dated:   **April 18, 2022**                    **/s/ Gary S. Austin**
                                                                                         UNITED STATES MAGISTRATE JUDGE