ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
LILIT ARABYAN, State Bar No. 311431
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6460
 Fax:  (916) 761-3641
 E-mail:  Lilit.Arabyan@doj.ca.gov
*Attorneys for Defendants*
*K. Clark and J. Gallagher*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOSE ROBERTO ZAIZA,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**CLARK, et al.,**<br><br>                              Defendants. | Case No. 1:19-cv-1476-DAD (GSA)<br><br>**DECLARATION OF LIBRARY TECHNICAL ASSISTANT S. PARKS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER [ECF No. 32]**<br><br>Judge:          Hon. Gary S. Austin<br>Trial Date:     Not Set<br>Action Filed:  October 17, 2019 |

I, S. Parks, declare:

1.    I am employed as a Library Technical Assistant with the California Department of Corrections and Rehabilitation (CDCR) at California State Prison, Corcoran.  I started working with CDCR in January 1989.  I retired in June 2006.  In June 2015, I started working for CDCR again and have been in my current role since that time.  I make the following declaration of facts based upon my own knowledge, as explained below.  If called, I can testify competently to the facts contained in this declaration for the reasons discussed below.  I submit this declaration in support of Defendants' Opposition to Plaintiff's Request for a Temporary Restraining Order.

1

2.    In my current role as Library Technical Assistant, I am responsible for scheduling inmates' law library visits and delivering legal supplies, forms, and other materials to inmates. My regular duties also include receiving, processing, and approving or denying inmate requests for law library services.  I am also responsible for processing inmate questions regarding reference materials and requests for regular books.

3.    Inmate scheduling for the library at Corcoran State Prison is based on whether the inmate has Priority Library User (PLU) status or General Library User (GLU) status.  PLU status is given to inmates without attorneys who have a verified court-ordered deadline within the next thirty days.

4.    When an inmate requests PLU status, he is required to provide documentation verifying the related deadline.  If an inmate cannot provide documentation verifying the deadline, the inmate receives GLU status.  Inmates with PLU status are "ducated" for library visits, meaning they are provided an appointment for library access.  Inmates with GLU status receive library access based on space availability remaining after all PLU inmates have received four hours of access per week.  GLU inmates may attend by waiting in line when their tier in their building has yard time.  Other factors such as staff availability, officer availability, and the daily Program Status Reports (PSRs) affect the library's program and may delay or close the law library.

5.    For safety reasons and based on PSR No. PSR-COR-03C-18-006 implemented to separately accommodate two inmate disruptive groups, the library is generally open for PLU and GLU inmates on a split-program basis.  The library is set to be open for GLU access for one group on Tuesdays, Thursdays, and Saturdays.  The library is generally set to be open for inmates in the other group on Wednesdays and Fridays.  Inmate Zaiza (CDCR No. G-23177) is identified as a member of the second group and has access on Wednesdays and Fridays.

6.    From January 2021 to present, the library was generally open but for certain pandemic-related modified programs requiring short-term lock down, during which time the library was only accessible for PLU access, as indicated below.  Even during these times, however, the library paging system is still in effect, subject to custody status and librarian

2

availability.  There are generally five working days for paging, which generally allows for my office to respond to inmate paging requests within the same week.  And if an inmate contacts me, which they can do by filling out a paging request form, I can attempt to provide them with library access through the paging system.

    a.   Quarantine library lock down began February 25, 2022, during which time the library was opened only for PLU access.  On March 15, 2022, the library opened for GLU access.

    b.   On March 18, 2022, the quarantine library lock down ended.  However, due to staffing issues there was no education officer available and the library remained closed that day.

    c.   On March 21 and 22, 2022, the library was short on library staffing and the library was closed.  On March 23, 2022, the library opened for GLU access.

    d.   From March 25, 2022 to April 11, 2022, I was not working due to illness and the library was closed due to staffing coverage shortages.  On April 12, 2022, the library opened for GLU access.

    e.   On April 13, 2022 and April 15, 2022, the library was closed due to custody staff shortages.

    f.   On April 19, 2022 through present, the library has been opened in line with the schedule indicated in paragraphs 5 to 7 above.

7.    At the request of the Office of the California Attorney General, I evaluated inmate Zaiza's request for PLU status and paging requests for the time period of January 2021 to present.

8.    On February 24, 2021, inmate Zaiza requested PLU access and provided proof that he had a 14-day deadline to file objections in the present case.  This request was granted by Senior Librarian M. Lirones from February 26, 2021 to March 9, 2021.

9.    On March 21, 2021, inmate Zaiza requested assistance via the paging system.  I received the request on March 25, 2021.  In response, I sent him two cases for in-cell study on March 25, 2021.

3

10.    On March 28, 2021, inmate Zaiza requested PLU status for this case *Zaiza v. C. Gonzalez, et al.*, Case No. 2:15-cv-00447 (E.D.), in connection with an order following a settlement. However, on April 5, 2021, that request was denied because there was no pending thirty-day deadline.

11.    On August 27, 2021, inmate Zaiza requested blank legal forms, including court forms. The requested blank legal forms, including court forms, were all sent to him on the same day.

12.    On September 16, 2021, inmate Zaiza filed a PLU request form in connection with *Zaiza v. Rocher, et al.*, Case No. 1-cv-01295. Senior Librarian M. Lirones marked the request as received on September 28, 2021, and responded on that same date with a denial of the request because inmate Zaiza had already filed the document for which he requested access, on September 27, 2021, and there were no other pending deadlines.

13.    From January 2021 to present, inmate Zaiza has not made any other PLU requests or requests for library access or materials through the library's paging system.

14.    I never denied Zaiza access to legal materials to which he was entitled, and my office promptly responded to his requests for materials, forms, and cases for in-cell study.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2022, at Corcoran, California.

S. Parks

Parks's Decl. in Support of Defs.' Opp'n to Pl.'s Req. for TRO (Case No. 1:19-cv-1476-DAD (GSA))

## CERTIFICATE OF SERVICE

Case Name:    **Jose Roberto Zaiza (G-23177)**          No.    **1:19-cv-1476-DAD (GSA)**
              **v. Clark, et al.**

I hereby certify that on **May 2, 2022**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DECLARATION OF LIBRARY TECHNICAL ASST. S. PARKS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER [ECF No. 32]

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 2, 2022**, at Los Angeles, California.

| | |
|---|---|
| Aida L. Paraiso | |
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **May 2, 2022**, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jose Roberto Zaiza, CDC #G-23177
California State Prison - Corcoran
P.O. Box 3471
Corcoran, CA 93212
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 2, 2022**, at Los Angeles, California.

| | |
|---|---|
| R. Hill | |
| Declarant for Service by U.S. Mail | Signature |

SA2021302475 / 65089833.docx