UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01476-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 32, 40) |

　　　　Plaintiff Jose Roberto Zaiza is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 13, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for a preliminary injunction (Doc. No. 32) be denied.  (Doc. No. 40.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.*)  To date, no objections to the pending findings and recommendations have been filed with the court, and the time in which to do so has since passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 13, 2022 (Doc. No. 40) are adopted; and
2. Plaintiff's motion for a preliminary injunction (Doc. No. 32) is denied.

IT IS SO ORDERED.

Dated:   **July 13, 2022**                      /s/ Dale A. Drozd
                                          UNITED STATES DISTRICT JUDGE