UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO ZAIZA,<br><br>          Plaintiffs,<br><br>   vs.<br><br>CLARK, et al.,<br><br>          Defendants. | 1:19-cv-01476-ADA-GSA-PC<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41**<br><br>**(ECF No. 49.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

      Jose Roberto Zaiza ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds against Defendants Ken Clark (Warden) and Captain J. Gallagher[1] (collectively, "Defendants") for insufficient access to out-of-cell exercise in violation of the Eighth Amendment. (ECF No. 11.)

      On November 3, 2022, a stipulation for voluntary dismissal with prejudice was filed with the Court containing the signatures of Plaintiff and Counsel for Defendants. (ECF No. 49.) The stipulation states that Plaintiff Jose R. Zaiza and Defendants J. Gallagher and K. Clerk have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

---

[1] Sued as Gallager.

1

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on November 3, 2022 is signed by all parties who have appeared in this action. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice. The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case is DISMISSED WITH PREJUDICE under Rule 41; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 7, 2022**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE