# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. ZAIZA,<br><br>                Plaintiff,<br><br>    v.<br><br>CLARK, et al.,<br><br>                DEFENDANTS. | 1:19-cv-01476-ADA-GSA-PC<br><br>**ORDER VACATING SETTLEMENT CONFERENCE SCHEDULED FOR NOVEMBER 15, 2022**<br><br>**<u>VACATED</u>:**<br><br>**Settlement Conference<br>November 15, 2022 at 10:30 a.m.<br>Before Magistrate Judge Erica P. Grosjean**<br><br>**ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED ON OCTOBER 11, 2022, TO SECURE PLAINTIFF'S APPEARANCE BY ZOOM AT THE SETTLEMENT CONFERENCE**<br><br>**(ECF No. 47.)** |

    Jose R. Zaiza, CDCR #G-23177 ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 3, 2022, the parties to this case filed a stipulation for voluntary dismissal of the case, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, which was effective as of the date it was filed. (ECF Nos. 49, 50.) Due to the dismissal of this case, the settlement conference scheduled for November 15, 2022 shall be vacated from the Court's calendar. In addition, the

order and writ of habeas corpus ad testificandum issued on October 11, 2022, to secure Plaintiff's appearance by Zoom at the settlement conference, shall be vacated by this order.

In accordance with the above, **IT IS HEREBY ORDERED** that:

1. The settlement conference scheduled for November 15, 2022 at 10:30 a.m. before Magistrate Judge Erica P. Grosjean, is VACATED from the Court's calendar;

2. The order and writ of habeas corpus ad testificandum issued on October 11, 2022, to secure the appearance of Plaintiff Jose R. Zaiza, CDCR #G-23177, by Zoom at the settlement conference on November 15, 2022, is VACATED; and 

3. The Clerk shall notify the CDCR and serve a copy of this order on the Litigation Coordinator at California State Prison, Solano, in Vacaville, California, where Plaintiff is currently incarcerated.

IT IS SO ORDERED.

Dated:   **November 9, 2022**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE